# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> v. <br><br> **JAMES RALPH STANFILL,** <br><br>   Defendant. | Case No. 7:09-CR-16 (HL) |

## ORDER

This case has been transferred to the undersigned. A review of the docket shows that the parties were ordered in April by the Honorable W. Louis Sands to propose a date for a hearing regarding Defendant's fitness to participate in the criminal proceedings, which hearing was to occur as soon as practicable after Defendant's July 2011 follow-up appointment. There is nothing in the record to suggest the parties ever proposed a date. The parties are ordered to confer and propose three possible dates for a hearing in Macon during the months of August or September. This case will be placed on the October 2011 trial calendar. The rest of Judge Sands' order (Doc. 51) with regard to the hearing requirements remains in force.

The proposed hearing dates must be submitted in writing no later than August 8, 2011. If the parties fail to make a proposal on or before that date, the Court will set the hearing for a date which it finds convenient, and the parties will be required to appear on that date.

**SO ORDERED**, this the 2nd day of August, 2011.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh