**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| vs. | : CASE NO. 7:09-CR-16 |
| | : |
| **JAMES RALPH STANFILL,** | : |
| | : |

## ORDER

The Motion to Dismiss Indictment as to the above-named defendant having been read and considered, leave of Court is hereby GRANTED for the filing of the foregoing dismissal, WITHOUT PREJUDICE, this 30th day of August, 2011.  After a period of (1) one year, this dismissal shall be deemed WITH PREJUDICE unless the United States Attorney has moved this Court with good course, why the indictment should be dismissed.

    s/ Hugh Lawson
HUGH LAWSON
UNITED STATES DISTRICT COURT JUDGE