IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| vs. | : CASE NO. 7:09-CR-16 |
| | : |
| JAMES RALPH STANFILL, | : |
| | : |

**MOTION TO DISMISS INDICTMENT**

Pursuant to Rule 48(a), Federal Rules of Criminal Procedure, and by Leave of Court, the United States Attorney for the Middle District of Georgia, hereby dismisses the above-styled indictment, WITHOUT PREJUDICE. The defendant is entering pre-trial diversion. If the defendant successfully completes the pre-trial diversion, at the end of (1) one year, the indictment shall be deemed dismissed WITH PREJUDICE.

RESPECTFULLY SUBMITTED, this 29th day of August, 2011.

                              MICHAEL J. MOORE
                              UNITED STATES ATTORNEY


                By:    /S/JIM CRANE
                         ASSISTANT UNITED STATES ATTORNEY

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| vs. | : CASE NO. 7:09-CR-16 |
| | : |
| **JAMES RALPH STANFILL,** | : |
| | : |

## ORDER

The Motion to Dismiss Indictment as to the above-named defendant having been read and considered, leave of Court is hereby GRANTED for the filing of the foregoing dismissal, WITHOUT PREJUDICE, this 30th day of August, 2011.  After a period of (1) one year, this dismissal shall be deemed WITH PREJUDICE unless the United States Attorney has moved this Court with good course, why the indictment should not be dismissed.

 s/ Hugh Lawson
HUGH LAWSON
UNITED STATES DISTRICT COURT JUDGE